# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERENCE BAILEY,               )
                              )
       Petitioner,          )
                              )
    vs.                       )   Civil Case No.   05-756-WDS-PMF
                              )
UNITED STATES PAROLE          )
COMMISSION, et al.,           )
                              )
       Respondents.         )

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

      This case is presented on a sua sponte recommendation of dismissal for lack of prosecution. When Terence Bailey filed this habeas corpus action, he was confined at FCI-Greenville. Bailey has an obligation to keep the Clerk informed of any change in his location. Notice of an address change is due in writing within 7 days. SDIL-LR 3.1(b).

      Public records maintained by the Bureau of Prisons show that Bailey was released from prison on April 17, 2006, shortly after the respondent filed a responsive pleading. Petitioner did not serve a reply or notify the Clerk of his release or provide his current address. These circumstances strongly suggest that Bailey is not interested in prosecuting his habeas litigation following his release from prison.

      IT IS RECOMMENDED that this habeas action be DISMISSED for lack of prosecution.

      **SUBMITTED:**   May 7, 2007  .

                                                  *s/ Philip M. Frazier*
                                                  **PHILIP M. FRAZIER**
                                                  **UNITED STATES MAGISTRATE JUDGE**